

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,181

**EX PARTE MICHAEL BELTRAN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 27,599 IN THE 3RD DISTRICT COURT
## FROM ANDERSON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault on a public servant and sentenced to life imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Beltran v. State*, No. 12-06-00390-CR (Tex. App.–Tyler, November 30, 2007, pet. dism'd).

Applicant contends that retained appellate counsel failed to timely file a petition for discretionary review. Appellate counsel filed an affidavit conceding that he had miscalculated the

deadline for filing a petition for discretionary review. Based on his affidavit, we find that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Twelfth Court of Appeals in Cause No. 12-06-00390-CR that affirmed his conviction in Case No. 27,599 from the 3rd Judicial District Court of Anderson County. Applicant shall file his petition for discretionary review with the Twelfth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: July 1, 2009
Do not publish